# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES DEAN VIOX,
                          Appellant,
            vs.
THE STATE OF NEVADA,
                          Respondent.

No. 70853

FILED

SEP 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported final order dismissing a postconviction petition for a writ of habeas corpus. Fourth Judicial District Court, Elko County; Charles M. McGee, Judge.

On July 18, 2016, appellant filed a notice of appeal from the July 5, 2016, order. Our review of the documents before this court indicates that the order being challenged on appeal is not a final order. In that order, the district court scheduled a telephonic hearing for July 29, 2016. Only the final decision of the district court is appealable. *See* NRS 177.015(3); NRS 34.575. Because the July 5, 2016, order, is not a final order, we lack jurisdiction over this appeal. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se motion filed on August 1, 2016.

16 - 30032

cc:  Chief Judge, The Fourth Judicial District Court
     Hon. Charles M. McGee, Senior Judge
     Charles Dean Viox
     Attorney General/Carson City
     Elko County District Attorney
     Elko County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A